UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GLENNA M. DUCA,<br><br>        Plaintiff,<br>vs.<br><br>FLAGSTAR BANK, FSB,<br><br>        Defendant. | Case No.:  2:20-cv-00993-GMN-NJK<br><br>**ORDER GRANTING<br>JOINT MOTION TO EXTEND<br>DEADLINE TO RESPOND TO<br>PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

    Plaintiff, Glenna M. Duca ("Plaintiff"), and Defendant, Flagstar Bank, FSB. ("Flagstar") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

    On June 3, 2020, Plaintiff filed the Complaint [ECF No. 1]. Flagstar was served with Plaintiff's Complaint on June 5, 2020. As such, Flagstar's deadline to respond to the Complaint is June 26, 2020.  The Parties have discussed extending the deadline for Flagstar to respond to Plaintiff's Complaint by an additional thirty days to allow for better investigation of the allegations against Flagstar.

    WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Flagstar to file its responsive pleading to Plaintiff's Complaint to July 27, 2020.

    This is the first stipulation for extension of time for Flagstar to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

    As part of this stipulation, Flagstar agrees to participate in any Rule 26(f) conference that

1 | occurs during the pendency of this extension.

2 | DATED this 26th day of June, 2020.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| */s/ Ramir M. Hernandez, Esq.* | */s/ George Haines, Esq.* |
| Darren T. Brenner, Esq. | George Haines, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 9411 |
| Ramir M. Hernandez, Esq. | 8985 South Eastern Ave., Suite 350 |
| Nevada Bar No. 13146 | Las Vegas, NV 89123 |
| 7785 W. Sahara Ave., Suite 200 | *Attorneys for Plaintiff, Glenna M. Duca* |
| Las Vegas, NV 89117 | |
| *Attorneys for Defendant, Flagstar Bank, FSB* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   **June 29, 2020**