1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9  GLENNA M. DUCA,

10         Plaintiff,

11     vs.

12  FLAGSTAR BANK, FSB,

13         Defendant.

14

Case No.:  2:20-cv-00993-GMN-NJK

**ORDER GRANTING UNOPPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)**

15    Defendant, Flagstar Bank, FSB. ("Flagstar"), by and through its counsel of record, hereby moves to extend Flagstar's deadline to respond to Plaintiff's Complaint to August 17, 2020.

17    On June 3, 2020, Plaintiff filed the Complaint [ECF No. 1]. Flagstar was served with Plaintiff's Complaint on June 5, 2020. As such, Flagstar's original deadline to respond to the Complaint was June 26, 2020.  The Court extended that deadline to July 27, 2020 via an Order Granting Joint Motion to Extend Deadline to Respond to Plaintiff's Complaint [ECF No. 9].

21    Plaintiff and Flagstar have discussed extending the deadline for Flagstar to respond to Plaintiff's Complaint by an additional twenty-one days to allow for better investigation of the allegations against Flagstar and for the parties to discuss possible resolution of the matter..

24    WHEREAS, Plaintiff moves to extend the deadline for Flagstar to file its responsive pleading to Plaintiff's Complaint to August 17, 2020.  Plaintiff's counsel has confirmed via email to Flagstar's counsel that Plaintiff does not oppose this extension.

27    This is the second request for Flagstar to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

1     Flagstar agrees to participate in any Rule 26(f) conference that occurs during the
2 pendency of this extension.
3     DATED this 27 day of July, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Flagstar Bank, FSB*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  **July 28, 2020**