WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Flagstar Bank, FSB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GLENNA M. DUCA,<br><br>        Plaintiff,<br>vs.<br><br>FLAGSTAR BANK, FSB,<br><br>        Defendant. | Case No.:   2:20-cv-00993-GMN-NJK<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIFTH REQUEST)** |

Plaintiff, Glenna M. Duca ("Plaintiff"), and Defendant, Flagstar Bank, FSB. ("Flagstar") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 3, 2020, Plaintiff filed the Complaint [ECF No. 1]. Flagstar was served with Plaintiff's Complaint on June 5, 2020. As such, Flagstar's original deadline to respond to the Complaint was June 26, 2020.  The Court extended that deadline to July 27, 2020 via an Order Granting Joint Motion to Extend Deadline to Respond to Plaintiff's Complaint [ECF No. 9].  The Court extended that deadline to August 17, 2020 via an Order granting Flagstar's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint [ECF No. 11].   The Court again extended the deadline to September 8, 2020, via an Order Granting Joint Motion to Extend Deadline to Respond to Plaintiff's Complaint [ECF No. 13].  The Court extended the deadline for a fourth time to September 29, 2020, via an Order Granting Joint Motion to Extend Deadline to Respond to Plaintiff's Complaint [ECF No. 15].

The Parties have engaged in ongoing settlement discussions.  The Parties have discussed

extending the deadline for Flagstar to respond to Plaintiff's Complaint by an additional fourteen days to allow the parties to continue settlement negotiations.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Flagstar to file its responsive pleading to Plaintiff's Complaint to Ocotber 13, 2020.

This is the fifth stipulation for extension of time for Flagstar to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party. The parties do no anticipate requesting any further extensions.

As part of this stipulation, Flagstar agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 25th day of September, 2020.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| */s/ Ramir M. Hernandez, Esq.* | */s/ George Haines, Esq.* |
| Darren T. Brenner, Esq. | George Haines, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 9411 |
| Ramir M. Hernandez, Esq. | 8985 South Eastern Ave., Suite 350 |
| Nevada Bar No. 13146 | Las Vegas, NV 89123 |
| 7785 W. Sahara Ave., Suite 200 | *Attorneys for Plaintiff, Glenna M. Duca* |
| Las Vegas, NV 89117 | |
| *Attorneys for Defendant, Flagstar Bank, FSB* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2020