# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GLENNA M. DUCA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>FLAGSTAR BANK, FSB,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-00993-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 20] |

　　　　Pending before the Court is Plaintiff's notice of settlement and deadlines. Docket No. 20.

　　　　The Court previously issued an order directing Defendant to file an answer to Plaintiff's complaint no later than October 20, 2020. Docket No. 19. In light of the parties' settlement, the Court **VACATES** that deadline. Further, the Court **ORDERS** the parties to file a stipulation of dismissal, no later than December 21, 2020.

　　　　IT IS SO ORDERED.

　　　　Dated: October 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1