George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff,*
**GLENNA M. DUCA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **GLENNA M. DUCA,**<br><br>                    Plaintiff,<br>v.<br>**FLAGSTAR BANK, FSB,**<br><br>                    Defendant. | Case No. 2:20-cv-00993-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>FLAGSTAR BANK, FSB.</u>** |

Plaintiff **GLENNA M. DUCA** and Defendant, FLAGSTAR BANK, FSB. hereby stipulate and agree that the above-entitled action shall be dismissed *with prejudice* in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **<u>ONLY as to,</u>** **<u>FLAGSTAR BANK, FSB.</u>**

////
////
////
////
////

Page **1** of **2**

Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: December 21, 2020

| By: | By: |
|---|---|
| /s/*George Haines, Esq.* | /s/ |
| George Haines, Esq. | Ramir Mitchell Hernandez |
| Nevada Bar No. 9411 | Nevada Bar No: |
| FREEDOM LAW FIRM, LLC | WRIGHT FINLAY & ZAK, LLP |
| 8985 S. Eastern Avenue | 7785 W. SAHARA AVE, STE 200 |
| Suite 350 | Las Vegas, NV 89117 |
| Las Vegas, Nevada 89123 | *Attorney for Defendant,* |
| *Attorney for Plaintiff,* | *Flagstar Bank, FSB* |
| ROBERTO BENABE | |

## **ORDER**

**IT IS SO ORDERED**.

Dated this 22 day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court